IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RICHARD RAY COKER, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CV 01-RRA-1989-S |
| VIRGINIA A. VINSON, | ) | |
| Defendants. | ) | |

**ENTERED**
NOV 1 3 2001

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on October 12, 2001, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b).  No objections have been filed.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 13th day of Nov., 2001.

J. FOY GUIN, JR.,
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] In correspondence addressed to the Clerk of the Court, the plaintiff has stated that he no longer desires to pursue this action.

